UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.   CASE NO: 2:15-cr-76-FtM-29CM

YAISEL RODRIGUEZ

### ORDER

On December 16, 2015, the Court entered an Order (Doc. 41) granting Defendant's Motion to Allow Defendant to Meet with Counsel and Parents in the attorney/client room of the Charlotte County Jail to discuss plea negotiations. (Doc 39-1).  The Court has since been advised by the U.S. Marshal Service that the Charlotte County Jail does not permit visitation in the attorney/client room other than for Defendant and his counsel.

ACCORDINGLY, it is hereby

### ORDERED:

The Order granting Motion to Allow Defendant to Meet with Counsel and Parents at the Charlotte County Jail (Doc 41) is hereby **VACATED.**

**DONE** and **ORDERED** in Fort Myers, Florida on this 17th day of December, 2015.

CAROL MIRANDO
United States Magistrate Judge

- 2 -

Copies:
Counsel of Record
U.S. Marshal Service