UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

v.                      Case No. 2:15-cr-76-FtM-29CM

YAISEL RODRIGUEZ,

**BILL OF PARTICULARS**
**(Forfeiture)**

The United States of America, by and through the undersigned Assistant United States Attorney, and pursuant to Federal Rule of Criminal Procedure 32.2(a), particularly alleges that the following is subject to forfeiture on the basis of the allegations set forth in the "Forfeiture" section of the Indictment filed in the above-styled criminal case:

a. HTC Nexus Tablet, S/N: HT4AJJT06329;

b. Silver thumb drive;

c. Two Memorex 4.7 GB DVD+R disks; and

d. Gateway All-In-One computer, S/N: PWGAW02001033007276900.

                                     Respectfully Submitted,

                                     A. LEE BENTLEY, III
                                     United States Attorney

              By:    *s/Michael C. Baggé-Hernández*
                     Michael C. Baggé-Hernández
                     Assistant United States Attorney
                     Florida Bar Number 0051923
                     2110 First Street, Suite 3-137
                     Fort Myers, Florida 33901
                     Telephone: (239) 461-2200
                     E-Mail: MBagge@usa.doj.gov

U.S. v. Yaisel Rodriguez   CASE NO. 2:15-cr-76-FtM-29CM

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

                *s/Michael C. Baggé-Hernández*
                Michael C. Baggé-Hernández
                Assistant United States Attorney