UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 2:15-cr-76-FtM-29CM

YAISEL RODRIGUEZ

## STIPULATION REGARDING RESTITUTION

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN the United States of America, by and through its representative, Assistant United States Attorney Yolande G. Viacava, and the defendant, Yaisel Rodriguez, and the attorney for the defendant, Ramon De La Cabada that:

Pursuant to 18 U.S.C. § 2259, defendant agrees to make restitution to the victim of the offense, C.W. in the amount of $5,000.

On July 25, 2016, the government consulted with the mother of the minor, and C.W.'s mother requested the restitution amount provided above.

There are no additional victims that provided a request for restitution in this case.

So Stipulated this 28th day of July, 2016.

_____  
Yaisel Rodriguez  
Defendant

_____  
Yolande G. Viacava  
Assistant United States Attorney

_____  
Ramon de la Cabada  
Attorney for Defendant

1